ANNA CARRINO, PLAINTIFF-PETITIONER, v. OLEGARIO TEIJEIRO, *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Cummis & Kroner* for the petitioner.

*Messrs. Stevenson & Willette* for the respondents.

June 25, 1958.   Denied.

GABRIELE GIORDANO, PLAINTIFF-PETITIONER, v. IRA E. WOLCOTT, SHERIFF, DEFENDANT-RESPONDENT.

See same case below: 46 *N. J. Super.* 278.

*Mr. Gabriele Giordano, in propria persona.*

*Mr. Edward F. Juska* and *Mr. Clarkson S. Fisher* for the respondent.

June 25, 1958.   ·Denied.